ORIGINAL

cc: DKW/RT / π

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 13 2020

at 10 o'clock and 39 min. AM
SUE BEITIA, CLERK
LS

CRAIG S. LYONS,

    Plaintiff,

VS

    Defendants

CIV NO: 20-00041 DKWRT

### RESULTS OF THE PRE-SCHEDULING CONFERENCE MEETINGS

To the Honorable Judge_____

I Craig S. Lyons have been in communication with the Hawaii Sheet Metal Workers Local 293 I.A. Rick Paulino, President and have been requesting they provide me with their Attorney, but to no avail. Jackson Lewis reached out in good faith to try and settle this matter. Attorney Andrew Pepper, for Altres in advance of the Scheduling Conference Monday March 30, 2020 9:00am. The Honorable Judge Rom Trader Courtroom 5. To the best of my knowledge The Daniel K. Inouye Solar Telescope, Sharon Loando-Monro and The Association of Universities for the research in Astronomy, Lynda Dec have not tried to initiate any type of communication between any of the parties. At the present time I have requested that I be allowed to teleconference the hearing and still trying to obtain legal counsel.

Thank you for your cooperation in this matter

DATED: March 11, 2020

Craig S. Lyons

P.O. Box 494

Kihei Maui Hawaii 96753

(305) 942-0730

clyons@hawaiiantel.net

*Craig S. Lyons*

Received By Ma.
Date 3/13/20
LS

Mailed On
Date 3/16/20
LS