# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

CRAIG S. LYONS,

Plaintiff,

VS.

Altres Inc.

CIV NO.: 20-00041 DKW RT

Received By Mail Date 3/30/2020

**FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII**
MAR 30 2020
at 1 o'clock and 30 min. P M
SUE BEITIA, CLERK

---

Plaintiffs Response

To: The Honorable Judge

The Plaintiff Craig S. Lyons supports the Defendents Altres Inc. Motion to Dismiss Counts I, II and III, Motion to Compel Arbitration of Count IV (Equal Pay Act) and Motion for Summary of Judgment. The Plaintiff honours the Honorable Judge rulings in all matters of the Court with or without a hearing.

DATED: March 28, 2020

Craig S. Lyons

P.O. Box 494

Kihei Maui Hawaii 96753

(305) 942-0730

clyons@hawaiiantel.net

# Minute Entries and Orders on Motions
1:20-cv-00041-DKW-RT Lyons v. Dec et al

## U.S. District Court

## District of Hawaii

### Notice of Electronic Filing

The following transaction was entered on 3/17/2020 at 4:58 PM HST and filed on 3/17/2020
**Case Name:** Lyons v. Dec et al
**Case Number:** 1:20-cv-00041-DKW-RT
**Filer:**
**Document Number:** 25(No document attached)

**Docket Text:**
**EO: In light of the U.S. District Court for the District of Hawaii's March 17, 2020 Temporary General Order Regarding District of Hawaii Response to Covid-19 Emergency, the April 15, 2020 hearing on the motion to dismiss and motion to compel arbitration is hereby VACATED and the Court elects to decide those motions without a hearing. Plaintiff's oppositions to the motion to dismiss and motion to compel arbitration will be due on or before April 1, 2020. Replies in support of the motions will be due on or before April 8, 2020. IT IS SO ORDERED. (JUDGE DERRICK K. WATSON)(tyk)**

COURTS CERTIFICATE of Service - Non-Registered CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)

**1:20-cv-00041-DKW-RT Notice has been electronically mailed to:**

Andrew L. Pepper     Andrew.Pepper@jacksonlewis.com, HonoluluDocketing@jacksonlewis.com, Pamela.Iwamoto@jacksonlewis.com

**1:20-cv-00041-DKW-RT Notice will not be electronically mailed to:**

Craig S. Lyons
P. O. Box 494
Kihei, HI 96753

Craig S. Lyons
P. O. Box 494
Kihei, HI 96753

CV 20-00041 DKW-RT