CADES SCHUTTE
A Limited Liability Law Partnership

AMANDA M. JONES        8854-0
NATHANIEL DANG         11102-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
Fax: (808) 521-9210
Email: ajones@cades.com
       ndang@cades.com

Attorneys for Defendants
LYNDA DEC and
SHARON LOANDO-MONRO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CRAIG S. LYONS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LYNDA DEC; SHARON LOANDO-MONRO; BRANDY SIMPLICITY; RICK PAULINO,<br><br>　　　　Defendants. | No. 1:20-cv-00041-DKW-RT<br><br>DEFENDANTS LYNDA DEC AND SHARON LOANDO-MONRO'S STATEMENT OF NO OPPOSITION RE: [6] DEFENDANT ALTRES, INC.'S MOTION TO COMPEL ARBITRATION OF COUNT IV (EQUAL PAY ACT CLAIM) AND CONTINGENT MOTION FOR SUMMARY EVIDENTIARY TRIAL PURSUANT TO 9 U.S.C. § 4; CERTIFICATE OF SERVICE<br><br>No trial date set. |

**DEFENDANTS LYNDA DEC AND SHARON LOANDO-MONRO'S STATEMENT OF NO OPPOSITION RE: [6] DEFENDANT ALTRES, INC.'S MOTION TO COMPEL ARBITRATION OF COUNT IV (EQUAL PAY ACT CLAIM) AND CONTINGENT MOTION FOR <u>SUMMARY EVIDENTIARY TRIAL PURSUANT TO 9 U.S.C. § 4</u>**

Defendants Lynda Dec and Sharon Loando-Monro, by and through their undersigned counsel, hereby submit their statement of no opposition as to Defendant Altres, Inc.'s Motion to Compel Arbitration of Count IV (Equal Pay Act Claim) and Contingent Motion for Summary Evidentiary Trial Pursuant to 9 U.S.C. § 4, [Dkt. No. 6].

DATED: Honolulu, Hawaiʻi, March 30, 2020.

> CADES SCHUTTE
> A Limited Liability Law Partnership
>
> */s/ Nathaniel Dang*
> AMANDA M. JONES
> NATHANIEL DANG
> Attorneys for Defendants
> LYNDA DEC and
> SHARON LOANDO-MONRO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CRAIG S. LYONS, <br><br> Plaintiff, <br><br> v. <br><br> LYNDA DEC; SHARON LOANDO-MONRO; BRANDY SIMPLICITY; RICK PAULINO, <br><br> Defendants. | CV 20-00041 DKW RT <br><br> CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date noted below, a true and correct copy of the foregoing document was served upon the following parties by the method of service indicated below at their last known address:

*Via U.S. Mail*

CRAIG S. LYONS
P.O. Box 494
Kihei, Hawaii 96753

Plaintiff Pro Se

*Electronically via CM/ECF*

ANDREW L. PEPPER     *Andrew.Pepper@JacksonLewis.com*
NICOLE K. HUDSPETH     *Nicole.Hudspeth@JacksonLewis.com*
Jackson Lewis LLLC
1088 Bishop Street
Suite 4100
Honolulu, Hawaii 96813

Attorneys for Unserved Defendant Altres, Inc.


DATED: Honolulu, Hawai'i, March 30, 2020.

        CADES SCHUTTE
        A Limited Liability Law Partnership


        */s/ Nathaniel Dang*
        AMANDA M. JONES
        NATHANIEL DANG
        Attorneys for Defendants
        LYNDA DEC and
        SHARON LOANDO-MONRO