**JACKSON LEWIS P.C., ALC**
ANDREW L. PEPPER          5141-0
1088 Bishop Street, Suite 4100
Honolulu, HI 96813
Telephone:      (808) 526-0404
Facsimile:       (808) 744-7972
Email:            Andrew.Pepper@JacksonLewis.com

Attorney for Defendants
ALTRES HEADQUARTERS and
BRANDY LNU (AKA "BRANDY SIMPLICITY")

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| CRAIG S. LYONS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LYNDA DEC; SHARON LOANDO-MONRO; BRANDY; RICK PAULINO; ALTRES HEADQUARTERS,<br><br>　　　　　Defendants. | CIV NO.: 20-00041 DKW RT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT ALTRES HEADQUARTERS AND DEFENDANT BRANDY LNU (AKA "BRANDY SIMPLICITY")**<br><br>[Rule 41(a)(1)(A)(ii)]<br><br>Trial Date: None set. |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT HEADQUARTERS AND DEFENDANT BRANDY LNU (AKA "BRANDY SIMPLICITY")**

IT IS HEREBY STIPULATED, by and between all parties who have appeared in this action, through themselves, *pro se,* or their respective counsel of record, and so ordered by the Court, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and LR41.1(e), all claims by Plaintiff Craig S.

Lyons against Defendant ALTRES, Inc. and ALTRES Staffing, Inc. (incorrectly identified in the caption collectively as "ALTRES Headquarters") and Defendant Brandy LNU (aka "Brandy Simplicity") are hereby dismissed with prejudice. Each party shall bear his, her, or its own attorneys' fees and costs.

All claims by Plaintiff Craig S. Lyons against Defendant Lynda Dec, Defendant Sharon Loando-Monro, and Defendant Rick Paulino remain.

This stipulation does not affect any matters between Plaintiff Craig S. Lyons and Defendant Lynda Dec, Defendant Sharon Loando-Monro, and Defendant Rick Paulino.

All parties that have appeared have signed this Stipulation.

DATED:   Honolulu, Hawaii, April ____, 2020.

*[signature]*
Craig S. Lyons
Plaintiff

/s/ Amanda M. Jones
Amanda M. Jones, Esq.
Nathaniel Dang, Esq.
Attorneys for Defendants
Lynda Dec and Sharon Loando-Monro

*Craig S. Lyons v. Lynda Dec, et. al.*; 20-00041 DKW RT; **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT HEADQUARTERS AND DEFENDANT BRANDY LNU (AKA "BRANDY SIMPLICITY")**

>  /s/Andrew L. Pepper
> ANDREW L. PEPPER
> Attorney for Defendants
> ALTRES Headquarters and Brandy
> LNU (aka "Brandy Simplicity")

DATED: APRIL 29, 2020 at Honolulu, Hawai'i.

**APPROVED AS TO FORM:**

/s/ Derrick K. Watson
_____
DERRICK K. WATSON
UNITED STATES DISTRICT JUDGE

4831-7806-0730, v. 1

*Craig S. Lyons v. Lynda Dec, et. al.*; 20-00041 DKW RT; **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT HEADQUARTERS AND DEFENDANT BRANDY LNU (AKA "BRANDY SIMPLICITY")**