CADES SCHUTTE
A Limited Liability Law Partnership

AMANDA M. JONES        8854-0
NATHANIEL DANG         11102-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
Fax: (808) 521-9210
Email: ajones@cades.com
       ndang@cades.com

Attorneys for Defendants
LYNDA DEC and
SHARON LOANDO-MONRO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| CRAIG S. LYONS, | CIVIL NO. 20-00041 DKW-RT |
|---|---|
| Plaintiff, | **NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS LYNDA DEC, SHARON LOANDO-MONRO, AND RICK PAULINO** |
| v. | |
| LYNDA DEC; SHARON LOANDO-MONRO; BRANDY SIMPLICITY; RICK PAULINO, | |
| Defendants. | No trial date set |

## NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS LYNDA DEC, SHARON LOANDO-MONRO, AND RICK PAULINO

Plaintiff CRAIG S. LYONS ("**Plaintiff**") hereby gives notice that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and Local Rule 41.1, all claims by Plaintiff against Defendants Lynda Dec, Sharon Loando-Monro, and Rick Paulino are hereby dismissed with prejudice. Each party shall bear his or her own attorneys' fees and costs.

No party has filed an answer or motion for summary judgment. The remaining defendants in the action were previously dismissed pursuant to the Stipulation for Dismissal with Prejudice of All Claims Against Defendant Altres Headquarters and Defendant Brandy LNU (aka "Brandy Simplicity"), filed April 29, 2020.

DATED: Kihei, Hawai'i, April 30, 2020
(month, day, year)

_____
CRAIG S. LYONS
Plaintiff Pro Se

*Craig S. Lyons v. Linda Dec, et al.*; Civil No. 20-00041 DKW-RT; **NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS LYNDA DEC, SHARON LOANDO-MONRO, AND RICK PAULINO**

- 2 -

DATED: May 1, 2020 at Honolulu, Hawai'i.

APPROVED AND SO ORDERED:



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Craig S. Lyons v. Linda Dec, et al.*; Civil No. 20-00041 DKW-RT; **NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS LYNDA DEC, SHARON LOANDO-MONRO, AND RICK PAULINO**